Jason L. Jones          SB# 246910
Rachel L. Hawrylo       SB# 259519
AVATAR LEGAL, PC
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-9800
Fax: (858) 793-9801

Attorney for Plaintiff
Leo Orzhel

## UNITED STATES DISTRICT COURT
## Southern District of California

LEO ORZHEL, an individual,

    vs.

ZWICKER and ASOCIATES, P.C., a Massachusetts Professional Corporation,

    Defendant.

Case No.: '10 CV 0246 JM BLM

COMPLAINT FOR VIOLATION OF 15 U.S.C. § 1692 et seq.

TO ZWICKER AND ASSOCIATES, P.C. AND ITS ATTORNEY OF RECORD:

### JURISDICTION

1. Jurisdiction is conferred on this Court under 15 U.S.C §1692k(d) and 28 U.S.C. 1337.

2. This Court has both personal and subject matter jurisdiction to hear this case pursuant to Section 1337 of Title 28 of the United States Code.

3. Venue lies in this District pursuant to Section 1391(b) of Title 28 of the United States Code.

### PARTIES

4. Plaintiff incorporates by reference paragraphs 1 through 3 as if each were alleged herein in full.

5. At all times set forth in this Complaint, Plaintiff is and was a resident of San Diego County, California.

6. Plaintiff is informed and believes, and thereon alleges, that Defendant Zwicker and Associates, P.C. (hereinafter "Zwicker") is a professional corporation organized under the state of Massachusetts and doing business in the State of California.

**FACTS**

7. Plaintiff incorporates by reference paragraphs 1 through 6 as if each were alleged herein in full.

8. Plaintiff's American Express credit card account with the last 4 digits of 5009 (hereinafter "Account") was transferred to Defendant on or around March 31, 2009 for collection.

9. On or about April 6, 2009, Plaintiff sent a fax to Defendant wherein Plaintiff informed Defendant that, among other things, Plaintiff was requesting that Defendant cease all communication with Plaintiff regarding the Debt pursuant to the Fair Debt Collection Practices Act.

10. On or about April 13, 2009 at approximately 7:03 PM, Plaintiff received a call to his office from Defendant in an attempt to collect a debt.

11. On or about April 16, 2009 at approximately 11:26 AM, Plaintiff received a call to his home from Defendant in an attempt to collect a debt.

12. On or about April 16, 2009 at approximately 11:28 AM, Plaintiff received a call to his office from Defendant in an attempt to collect a debt.

13. On or about April 28, 2009 at approximately 4:51 PM, Plaintiff received a call to his home from Defendant in an attempt to collect a debt.

14. On or about April 29, 2009 at approximately 2:56 PM, Plaintiff received a call to his home from Defendant in an attempt to collect a debt.

15. On or about April 29, 2009 at approximately 2:58 PM, Plaintiff received a call to his office from Defendant in an attempt to collect a debt.

16. On or about April 30, 2009 at approximately 6:13 PM, Plaintiff received a call to his home from Defendant in an attempt to collect a debt.

17. On or about April 30, 2009 at approximately 6:14 PM, Plaintiff received a call to his office from Defendant in an attempt to collect a debt.

18. On or about May 5, 2009 at approximately 6:17 PM, Plaintiff received a call to his home from Defendant in an attempt to collect a debt.

19. On or about May 5, 2009 at approximately 6:17 PM, Plaintiff received a call to his office from Defendant in an attempt to collect a debt.

20. On or about May 19, 2009 at approximately 7:22 PM, Plaintiff received a call to his home from Defendant in an attempt to collect a debt.

21. On or about May 26, 2009 at approximately 2:53 PM, Plaintiff received a call to his home from Defendant in an attempt to collect a debt.

22. On or about May 27, 2009 at approximately 6:27 PM, Plaintiff received a call to his home from Defendant in an attempt to collect a debt.

23. On or about May 27, 2009 at approximately 6:30 PM, Plaintiff received a call to his office from Defendant in an attempt to collect a debt.

24. On or about May 28, 2009 at approximately 12:15 PM, Plaintiff received a call to his cell phone from Defendant in an attempt to collect a debt.

25. As a result of Defendant's conduct, Plaintiff has incurred mental and emotional distress, nervousness, grief, anxiety, worry, mortification, shock, humiliation, stress, and indignity, which will continue until trial.

## FIRST CAUSE OF ACTION

### Violation of 15 U.S.C. 1692 et seq.

26. Plaintiff incorporates by reference paragraphs 1 through 25 as if each were alleged herein in full.

27. Defendant is a debt collector as that term is defined in 15 U.S.C. 1692a(6).

28. Defendant was attempting to collect a consumer debt governed by 15 U.S.C. 1692 et seq.

29. Defendant's actions in communicating with Plaintiff violate 15 U.S.C. 1692c(c), 15 U.S.C. §1692d, and 15 U.S.C. §1692f.

30. Plaintiff is entitled to statutory damages under 15 U.S.C. 1692k(a)(2).

\\\

1  31. Plaintiff is entitled to costs including reasonable
2  attorneys fees in bringing this suit under 15 U.S.C.
3  1692k(a)(3).
4  WHEREFORE, Plaintiff prays as follows:
5      32. For statutory damages pursuant to 15 U.S.C. §1692k;
6      33. For actual damages according to proof;
7      34. For reasonable attorneys fees and costs pursuant to 15
8  U.S.C. §1692k(a)(3); and
9      35. For such further relief as the court may deem proper.
10
11 Dated: January 28, 2010                Respectfully Submitted,
12                                        AVATAR LEGAL, P.C.
13                                        BY: _____
14                                        Jason L. Jones
                                          Attorney for Plaintiff

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Leo Orzhel

**DEFENDANTS**
Zwicker and Associates, P.C.        2010 JAN 29  PM 3:55

(b) County of Residence of First Listed Plaintiff: **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.
BY _____ DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number)
Jason Jones, Esq., Avatar Legal, P.C., 12526 High Bluff Drive, Ste 300, San Diego, CA 92130. Phone: 858-793-9800

Attorneys (If Known)
**'10 CV 0246    JM   BLM**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. 1692 et seq.
Brief description of cause:
Violations of Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 01/29/2010     SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 9691   AMOUNT 350   APPLYING IFP   JUDGE   MAG. JUDGE

1/29/10

JS 44 Reverse (Rev. 12/07)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.  (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.  Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.  Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.  Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.  Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.  Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**  Example:  U.S. Civil Statute: 47 USC 553
                                                                Brief Description: Unauthorized reception of cable service

**VII.  Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.  Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS009691
Cashier ID: sramirez
Transaction Date: 01/29/2010
Payer Name: AVATAR LEGAL
----------------------------------
CIVIL FILING FEE
 For: ORZHEL V. ZWICKER
 Case/Party: D-CAS-3-10-CV-000246-001
 Amount:         $350.00
----------------------------------
CHECK
 Check/Money Order Num: 1314
 Amt Tendered:  $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```