UNITED STATES DISTRICT COURT
Southern District of California

FILED
2010 MAR 16 AM 10:22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

LEO ORZHEL, an individual,

vs.

ZWICKER and ASSOCIATES, P.C., a Massachusetts Professional Corporation,

Defendant.

Case No.: 10-cv-00246-JM BLM

ORDER REGARDING DISMIAAL OF ACTION

### ORDER REGARDING DISMISSAL OF ACTION

The Court, having reviewed the foregoing Joint Motion for Dismissal, and being satisfied therewith, hereby orders as follows:

The entire above-captioned Action is hereby dismissed, in its entirety, with prejudice.

Dated: March 15, 2010

_____
UNITED STATES DISTRICT JUDGE